SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
SAM BENFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>             Plaintiff,<br><br>     vs.<br><br>JIANGUO JACK DU D/B/A LA FIESTA MARKET; JORGE LUIS GASTELUM; and DOES 1 to 10,<br><br>             Defendants. | **Case No.: 2:23-cv-10174-WLH (AJRx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: June 21, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Honorable Judge Wesley L. Hsu |

To Defendant JORGE LUIS GASTELUM and the attorneys of record, if any:

Please take notice that on June 21, 2024, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff SAM BENFORD will present Plaintiff's motion for default judgment against Defendant JORGE LUIS GASTELUM. The Clerk has previously entered the default on said Defendant on  and April 10, 2024 (Dkt. #17).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant JORGE LUIS GASTELUM is not a minor or incompetent person

or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant JORGE LUIS GASTELUM has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,745.00 in attorney's fees, and $650.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 1905 N. Thomas St., Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant JORGE LUIS GASTELUM on May 9, 2024, by first class United States Mail, postage prepaid.

Dated:  May 9, 2024                     **SO. CAL. EQUAL ACCESS GROUP**


By:     _/s/ Jason J. Kim_____
        Jason J. Kim, Esq.
        Attorneys for Plaintiff